EUGENE R. WEDOFF
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                                    §
                                          §
KODISH, BRIAN R                           §    Case No. 09-11860
KODISH, RONNIE M                          §
                                          §
                                          §
_____Debtor(s)_____        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on _____. The undersigned trustee was appointed on _____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]               $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/PHILIP V. MARTINO_____
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

10/1/2010

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-11860 ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | KODISH, BRIAN R | | Date Filed (f) or Converted (c): | 04/03/09 (f) |
| | KODISH, RONNIE M | | 341(a) Meeting Date: | 05/20/09 |
| For Period Ending: | 08/18/11 | | Claims Bar Date: | 10/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19142 Pierce Ct., Homewood, IL Single Family Home | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Charter One Bank - two savings accounts | 40.00 | 0.00 | DA | 0.00 | FA |
| 4. Charter One Bank - Money Market & Checking - in th | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. usual and typical household furninshings including | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. usual and typical clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. wedding band, wedding rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. AXA term life insurance policy with death benefit | 10.00 | 0.00 | DA | 0.00 | FA |
| 9. Veteran's Administration disability benefits, mont | 123.00 | 0.00 | DA | 0.00 | FA |
| 10. Claim in litigation styled Kodish v. Oakbrook Terr | 15,000.00 | 80,000.00 | | 95,000.00 | FA |
| 11. 1999 Jeep Grand Cherokee, fair condition, 185k mil | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 1998 Dodge Durango, fair condition, 150k miles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Pet dog | 100.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.52 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $297,713.00 | $80,000.00 | | $95,002.52 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 08/15/11

LFORM1    **UST Form 101-7-TFR (10/1/2010)** *(Page: 3)*    Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-11860 -ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | KODISH, BRIAN R | | Bank Name: | BANK OF AMERICA, N.A. |
| | KODISH, RONNIE M | | Account Number / CD #: | *******0661  BofA - Money Market Account |
| Taxpayer ID No: | *******3313 | | | |
| For Period Ending: | 08/18/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/11 | 10 | Gregory J. Abbott Client Trust Fund | Kodish v Oakbrook Settlement | | 62,969.15 | | 62,969.15 |
| | | GREGORY J. ABBOTT | Memo Amount:    (    32,030.85 ) | 3210-600 | | | |
| | | | Gregory Abbott special counsel fees | | | | |
| | | GREGORY ABBOTT CLIENT FUND ACCOUNT | Memo Amount:         95,000.00 | 1149-000 | | | |
| | | | Gross amount of settlement | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.34 | | 62,969.49 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.53 | | 62,970.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 62,970.53 |
| 05/13/11 | 000301 | Department of the Treasury | 35-6893313 | 2810-000 | | 6,188.00 | 56,782.53 |
| | | Internal Revenue Service | | | | | |
| | | Cincinnati, OH  45999-0148 | | | | | |
| 05/13/11 | 000302 | Illinois Department of Revenue | 35-6893313 | 2820-000 | | 2,368.00 | 54,414.53 |
| | | P.O. Box 19009 | | | | | |
| | | Springfield, IL  62794-9009 | | | | | |
| 05/19/11 | 000303 | Brian R. Kodish | Debtor's Exemption | 8100-002 | | 15,000.00 | 39,414.53 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.49 | | 39,415.02 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 39,415.34 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 39,415.67 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 95,000.00 | | COLUMN TOTALS | | 62,971.67 | 23,556.00 | 39,415.67 |
| Memo Allocation Disbursements: | 32,030.85 | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 62,971.67 | 23,556.00 | |
| Memo Allocation Net: | 62,969.15 | | Less:  Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 62,971.67 | 8,556.00 | |
| | | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 95,000.00 | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 32,030.85 | | BofA - Money Market Account - *******0661 | | 62,971.67 | 8,556.00 | 39,415.67 |
| Total Memo Allocation Net: | 62,969.15 | | | | 62,971.67 | 8,556.00 | 39,415.67 |
| | | | Page Subtotals | | 62,971.67 | 23,556.00 | |

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM24

Ver: 16.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-11860 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | KODISH, BRIAN R | | Bank Name: | BANK OF AMERICA, N.A. |
| | KODISH, RONNIE M | | Account Number / CD #: | *******0661  BofA - Money Market Account |
| Taxpayer ID No: | *******3313 | | | |
| For Period Ending: | 08/18/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-11860 | | Page 1 | | Date: August 19, 2011 |
| Debtor Name: | KODISH, BRIAN R | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Quarles & Brady LLP | Administrative | | $2,858.30 | $0.00 | $2,858.30 |
| 001 3410-00 | Popowcer Katten, LTD. | Administrative | | $967.50 | $0.00 | $967.50 |
| 000006B 040 5800-00 | Department of Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | Priority | | $21,664.58 | $0.00 | $21,664.58 |
| 7 999 2820-00 | Illinois Department of Labor | Priority | | $569.22 | $0.00 | $569.22 |
| 000001 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | $8,416.82 | $0.00 | $8,416.82 |
| 000002 070 7100-00 | DISCOVER BANK DFS Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Unsecured | | $7,252.11 | $0.00 | $7,252.11 |
| 000003 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $10,484.96 | $0.00 | $10,484.96 |
| 000004 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $4,844.18 | $0.00 | $4,844.18 |
| 000005 070 7100-00 | Diversified Collection Services 900 S. Highway Dr., Suite 210 Fenton, MO 63026 | Unsecured | | $740.00 | $0.00 | $740.00 |
| 000006A 070 7100-00 | Department of Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | Unsecured | | $1,209.24 | $0.00 | $1,209.24 |
| | Case Totals: | | | $59,006.91 | $0.00 | $59,006.91 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-11860
Case Name: KODISH, BRIAN R
  KODISH, RONNIE M
Trustee Name: PHILIP V. MARTINO

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ | $ | $ |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, LTD. | $ | $ | $ |
| Other: Illinois Department of Labor | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | Department of Treasury | $ | $ | $ |

Total to be paid to priority creditors                                         $_____

Remaining Balance                                                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |
| 000002 | DISCOVER BANK | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | Diversified Collection Services | $ | $ | $ |
| 000006A | Department of Treasury | $ | $ | $ |

Total to be paid to timely general unsecured creditors                         $_____

Remaining Balance                                                              $_____

UST Form 101-7-TFR (10/1/2010) *(Page: 8)*

   Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE