EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
KODISH, BRIAN R § Case No. 09-11860
KODISH, RONNIE M §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE BANKRUPTCY COURT
219 SOUTH DEARBORN STREET, ROOM 713
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/21/2011 in Courtroom 744,
United States Courthouse
219 South Dearborn
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2011         By: Clerk of the Bankruptcy Court
                                    Clerk of the Bankruptcy Court

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

*CHICAGO, IL 60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
KODISH, BRIAN R § Case No. 09-11860
KODISH, RONNIE M §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 95,002.72 |
| and approved disbursements of | $ | 55,586.85 |
| leaving a balance on hand of[1] | $ | 39,415.87 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 7,250.14 | $ 0.00 | $ 7,250.14 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 2,824.50 | $ 0.00 | $ 2,824.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 33.80 | $ 0.00 | $ 33.80 |
| Accountant for Trustee Fees: Popowcer Katten, LTD. | $ 967.50 | $ 0.00 | $ 967.50 |
| Other: Illinois Department of Labor | $ 569.22 | $ 0.00 | $ 569.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 11,645.16 |
| Remaining Balance | $ 27,770.71 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 22,233.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | Department of Treasury | $ 21,664.58 | $ 0.00 | $ 21,664.58 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 21,664.58 |
| Remaining Balance | $ 6,106.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,947.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 8,416.82 | $ 0.00 | $ 1,559.89 |
| 000002 | DISCOVER BANK | $ 7,252.11 | $ 0.00 | $ 1,344.03 |
| 000003 | Chase Bank USA, N.A. | $ 10,484.96 | $ 0.00 | $ 1,943.18 |
| 000004 | Chase Bank USA, N.A. | $ 4,844.18 | $ 0.00 | $ 897.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Diversified Collection Services | $ 740.00 | $ 0.00 | $ 137.15 |
| 000006A | Department of Treasury | $ 1,209.24 | $ 0.00 | $ 224.11 |

Total to be paid to timely general unsecured creditors    $          6,106.13

Remaining Balance    $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 09-11860-ERW
Brian R Kodish                                                          Chapter 7
Ronnie M Kodish
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 2                Date Rcvd: Aug 22, 2011
                              Form ID: pdf006         Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2011.
```
db/jdb     +Brian R Kodish,   Ronnie M Kodish,   19142 Pierce,   Homewood, IL 60430-4425
aty         Kevin J Burns,   Quarles & Brady LLP,   300 North LaSalle Street, Suite 4000,
             Chicago, IL  60654
aty        +Leonard S. Becker,   Leonard Becker, Attorney at Law,   312 North May,   #100,
             Chicago, IL 60607-1237
aty         Shannon F OBoye,   Quarles & Brady LLP,   300 N LaSalle St Suite 4000,   Chicago, IL 60654
tr          Philip V Martino, ESQ,   Quarles & Brady,   300 N. LaSalle,   Suite 4000,   Chicago, IL  60654
13741953   +Advocate South Suburban Hospital,   17800 Kedzie Ave.,   Hazel Crest, IL 60429-0989
13741954   +Asset Care Inc,   5100 Peachtree Industrial Drive,   Norcross, GA 30071-5721
13741956   +Barclay’s Visa,   POB 8801,   Wilmington, DE 19899-8801
13741957   +Blatt Hasenmiller,   125 S. Wacker #400,   Chicago, IL 60606-4440
13741964   +CIT Bank,   715 S. Metropolitan Ave,   POB 24330,   Oklahoma City, OK 73124-0330
13741960   +Capital One,   POB 5294,   Carol Stream, IL 60197-5294
13741961    Chase,   POB 15298,   Wilmington, DE 19850-5298
13741962    Chase,   POB 15548,   Wilmington, DE 19886-5298
14322143    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13741965   +Commercial Recovery Systems, Inc.,   8035 E. R. L. Thornton, Suite 220,   Dallas, TX 75228-7145
13741966    Countrywide Home Loans,   MSN SV-26B,   POB 10229,   Van Nuys, CA 91410-0229
13741967   +Department of Veteran’s Affairs,   820 S. Damen Ave.,   Chicago, IL 60612-3728
13741969   +Diversified Collection Services,   900 S. Highway Dr., Suite 210,   Fenton, MO 63026-2042
13741972   +HSBC Card Services,   POB 17501,   Baltimore, MD 21297-1501
14635413  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
           (address filed with court: Department of Treasury,   Internal Revenue Service,   P.O. Box 21126,
             Philadelphia, PA  19114)
13741974    IRS,   Mail Stop 5010 CHI,   Chicago, IL 60604
16662250    Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
13741975   +Juniper,   POB 13337,   Philadelphia, PA 19101-3337
13741977   +MedClr Inc,   1201 Market Street #800,   Wilmington, DE 19801-1807
13741978   +Midwest Diagnostic Pathology,   75 Remittance Drive #3070,   Chicago, IL 60675-3070
13741979   +NCO Financial Systems,   507 Prudential Road,   Horsham, PA 19044-2368
13741981   +Sears Gold Mastercard,   POB 183082,   Columbus, OH 43218-3082
13741982   +Sprint,   POB 660075,   Dallas, TX 75266-0075
13741983   +Suburban Emergency Physicians,   POB 2729,   Carol Stream, IL 60132-0001
13741984    Target NB,   POB59317,   Minneapolis, MN 55459
13741985   +Union Plus Visa Platinum,   POB 17501,   Baltimore, MD 21297-1501
13741988   +Valentine & Kebartas Inc,   POB 325,   Lawrence, MA 01842-0625
13741989   +Weltman Weinberg Reis,   175 South 3rd St. #900,   Columbus, OH 43215-5177
13741990   +William B. Evans MD SC,   POB 1599,   Matteson, IL 60443-4599
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14238009    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2011 01:59:10
             AMERICAN INFOSOURCE LP AS AGENT FOR,   TARGET,   PO Box 248838,   Oklahoma City, OK  73124-8838
13741955   +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Aug 23 2011 01:47:28     Aurora Loan Services,
             10350 Park Meadows Drive,   Littleton, CO 80124-6800
14265920    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2011 01:59:48      DISCOVER BANK,
             DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13741968    E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2011 01:59:48      Discover Financial Services,
             POB 30395,   Salt Lake City, UT 84130
13741970   +E-mail/Text: skramer@heartcc.com Aug 23 2011 01:47:12     Heart Care Centers of Illinois,
             POB 766,   Bedford Park, IL 60499-0766
13741976   +E-mail/Text: brenden.magnino@mcmcg.com Aug 23 2011 01:46:38     MCM,   POB 603; DEP 12421,
             Oaks, PA 19456-0603
13741986   +E-mail/Text: bnc@ursi.com Aug 23 2011 01:47:43     United Recovery Services,   POB 722929,
             Houston, TX 77272-2929
                                                                                              TOTAL: 7
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13741959    Brinks Alarm
13741971    Hinkley Water
13741973    Illinois Department of Revenue,   IL 62749-9035
13741987    US Cellular
13741958*  +Blatt Hasenmiller,   125 S. Wacker #400,   Chicago, IL 60606-4440
13741963*   Chase,   POB 15298,   Wilmington, DE 19850-5298
13741980  ##+RGS Financial,   POB 2149,   Addison, TX 75001-2149
                                                                                   TOTALS: 4, * 2, ## 1
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: corrinal              Page 2 of 2             Date Rcvd: Aug 22, 2011
                              Form ID: pdf006             Total Noticed: 41

                    ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2011**              **Signature:**    _Joseph Speetjens_