EUGENE R. WEDOFF
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

In re:                               §
                                     §
                                     §
KODISH, BRIAN R                      §    Case No. 09-11860
KODISH, RONNIE M                     §
                                     §
                                     §
_____Debtor(s)_____        §_____

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/PHILIP V. MARTINO_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Brian R. Kodish |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aurora Loan Services 10350 Park Meadows Drive Littleton, CO 80124 |  |  |  |  |  |
|  | Countrywide Home Loans MSN SV-26B POB 10229 Van Nuys, CA 91410-0229 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| GREGORY J. ABBOTT | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Mail Stop 5010 CHI Chicago, IL 60604 | | | | | |
| | Illinois Department of Revenue IL 62749-9035 | | | | | |
| 000006B | DEPARTMENT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate South Suburban Hospital 17800 Kedzie Ave. Hazel Crest, IL 60429 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Care Inc 5100 Peachtree Industrial Drive Norcross, GA 30071 | | | | | |
| | Blatt Hasenmiller 125 S. Wacker #400 Chicago, IL 60606 | | | | | |
| | Blatt Hasenmiller 125 S. Wacker #400 Chicago, IL 60606 | | | | | |
| | Commercial Recovery Systems, Inc. 8035 E. R. L. Thornton, Suite 220 Dallas, TX 75357 | | | | | |
| | Department of Veteran's Affairs 820 S. Damen Ave. Chicago, IL 60612 | | | | | |
| | Heart Care Centers of Illinois POB 766 Bedford Park, IL 60499 | | | | | |
| | MCM POB 603; DEP 12421 Oaks, PA 19456 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Diagnostic Pathology 75 Remittance Drive #3070 Chicago, IL 60675 | | | | | |
| | RGS Financial POB 2149 Addison, TX 75001 | | | | | |
| | Sprint POB 660075 Dallas, TX 75266 | | | | | |
| | Union Plus Visa Platinum POB 17501 Baltimore, MD 21297 | | | | | |
| | United Recovery Services POB 722929 Houston, TX 77272 | | | | | |
| | Valentine & Kebartas Inc POB 325 Lawrence, MA 01842 | | | | | |
| | Weltman Weinberg Reis 175 South 3rd St. #900 Columbus, OH 43215 | | | | | |
| | William B. Evans MD SC POB 1599 Matteson, IL 60443 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000006A | DEPARTMENT OF TREASURY | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000005 | DIVERSIFIED COLLECTION SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

10/1/2010

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-11860 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- | --- |
| Case Name: | KODISH, BRIAN R | | | Date Filed (f) or Converted (c): | 04/03/09 (f) |
| | KODISH, RONNIE M | | | 341(a) Meeting Date: | 05/20/09 |
| For Period Ending: | 10/13/11 | | | Claims Bar Date: | 10/30/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 19142 Pierce Ct., Homewood, IL Single Family Home | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Charter One Bank - two savings accounts | 40.00 | 0.00 | DA | 0.00 | FA |
| 4. Charter One Bank - Money Market & Checking - in th | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. usual and typical household furninshings including | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6. usual and typical clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. wedding band, wedding rings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. AXA term life insurance policy with death benefit | 10.00 | 0.00 | DA | 0.00 | FA |
| 9. Veteran's Administration disability benefits, mont | 123.00 | 0.00 | DA | 0.00 | FA |
| 10. Claim in litigation styled Kodish v. Oakbrook Terr | 15,000.00 | 80,000.00 | | 95,000.00 | FA |
| 11. 1999 Jeep Grand Cherokee, fair condition, 185k mil | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12. 1998 Dodge Durango, fair condition, 150k miles | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Pet dog | 100.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.72 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $297,713.00 | $80,000.00 | | $95,002.72 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 08/15/11

LFORM1                                                                                                                                    Ver: 16.02b
**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11860 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | KODISH, BRIAN R | | Bank Name: | BANK OF AMERICA, N.A. |
| | KODISH, RONNIE M | | Account Number / CD #: | *******0661 BofA - Money Market Account |
| Taxpayer ID No: | *******3313 | | | |
| For Period Ending: | 10/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/04/11 | 10 | Gregory J. Abbott Client Trust Fund | Kodish v Oakbrook Settlement | | 62,969.15 | | 62,969.15 |
| | | GREGORY J. ABBOTT | Memo Amount: ( 32,030.85 ) | 3210-600 | | | |
| | | | Gregory Abbott special counsel fees | | | | |
| | | GREGORY ABBOTT CLIENT FUND ACCOUNT | Memo Amount: 95,000.00 | 1149-000 | | | |
| | | | Gross amount of settlement | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.34 | | 62,969.49 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 62,970.02 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.51 | | 62,970.53 |
| 05/13/11 | 000301 | Department of the Treasury | 35-6893313 | 2810-000 | | 6,188.00 | 56,782.53 |
| | | Internal Revenue Service | | | | | |
| | | Cincinnati, OH 45999-0148 | | | | | |
| 05/13/11 | 000302 | Illinois Department of Revenue | 35-6893313 | 2820-000 | | 2,368.00 | 54,414.53 |
| | | P.O. Box 19009 | | | | | |
| | | Springfield, IL 62794-9009 | | | | | |
| 05/19/11 | 000303 | Brian R. Kodish | Debtor's Exemption | 8100-002 | | 15,000.00 | 39,414.53 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.49 | | 39,415.02 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,415.34 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,415.67 |
| 08/19/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 39,415.87 |
| 08/19/11 | | Transfer to Acct #*******0797 | Final Posting Transfer | 9999-000 | | 39,415.87 | 0.00 |

| | | | | Page Subtotals | 62,971.87 | 62,971.87 | |

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-11860 -ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | KODISH, BRIAN R | | Bank Name: | BANK OF AMERICA, N.A. |
| | KODISH, RONNIE M | | Account Number / CD #: | *******0661 BofA - Money Market Account |
| Taxpayer ID No: | *******3313 | | | |
| For Period Ending: | 10/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 95,000.00 | COLUMN TOTALS | 62,971.87 | 62,971.87 | 0.00 |
| | | Memo Allocation Disbursements: | 32,030.85 | Less: Bank Transfers/CD's | 0.00 | 39,415.87 | |
| | | | | Subtotal | 62,971.87 | 23,556.00 | |
| | | Memo Allocation Net: | 62,969.15 | Less: Payments to Debtors | | 15,000.00 | |
| | | | | Net | 62,971.87 | 8,556.00 | |

Page Subtotals 0.00 0.00

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-11860 -ERW | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | KODISH, BRIAN R | Bank Name: | BANK OF AMERICA, N.A. |
| | KODISH, RONNIE M | Account Number / CD #: | *******0797 BofA - Checking Account |
| Taxpayer ID No: | *******3313 | | |
| For Period Ending: | 10/13/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/19/11 | | Transfer from Acct #*******0661 | Transfer In From MMA Account | 9999-000 | 39,415.87 | | 39,415.87 |
| 09/21/11 | 003001 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 7,250.13 | 32,165.74 |
| 09/21/11 | 003002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee<br>Fees 2,824.50<br>Expenses 33.80 | <br>3110-000<br>3120-000 | | 2,858.30 | 29,307.44 |
| 09/21/11 | 003003 | Popowcer Katten, LTD. | Accountant for Trustee Fees (Other | 3410-000 | | 967.50 | 28,339.94 |
| 09/21/11 | 003004 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Claim 000006B, Payment 100.00000% | 5800-000 | | 21,664.58 | 6,675.36 |
| 09/21/11 | 003005 | Illinois Department of Revenue | Claim 7, Payment 100.00000% | 2820-000 | | 569.22 | 6,106.14 |
| 09/21/11 | 003006 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000001, Payment 18.53301% | 7100-000 | | 1,559.89 | 4,546.25 |
| 09/21/11 | 003007 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000002, Payment 18.53309% | 7100-000 | | 1,344.04 | 3,202.21 |
| 09/21/11 | 003008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 18.53302% | 7100-000 | | 1,943.18 | 1,259.03 |
| 09/21/11 | 003009 | Chase Bank USA, N.A.<br>PO Box 15145 | Claim 000004, Payment 18.53296% | 7100-000 | | 897.77 | 361.26 |

Page Subtotals 39,415.87 39,054.61

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-11860 -ERW | |
| Case Name: | KODISH, BRIAN R | |
| | KODISH, RONNIE M | |
| Taxpayer ID No: | *******3313 | |
| For Period Ending: | 10/13/11 | |

| | | |
|---|---|---|
| Trustee Name: | PHILIP V. MARTINO | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******0797 BofA - Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/21/11 | 003010 | Diversified Collection Services<br>900 S. Highway Dr., Suite 210<br>Fenton, MO 63026 | Claim 000005, Payment 18.53378% | 7100-000 | | 137.15 | 224.11 |
| 09/21/11 | 003011 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Claim 000006A, Payment 18.53313% | 7100-000 | | 224.11 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 39,415.87 | 39,415.87 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 39,415.87 | 0.00 | |
| | | Subtotal | 0.00 | 39,415.87 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 39,415.87 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 95,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 32,030.85 | BofA - Money Market Account - ********0661 | 62,971.87 | 8,556.00 | 0.00 |
| | | BofA - Checking Account - ********0797 | 0.00 | 39,415.87 | 0.00 |
| Total Memo Allocation Net: | 62,969.15 | | 62,971.87 | 47,971.87 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 361.26

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*